TIPTON & YOUNG CONSTRUCTION CO. v. BLUE RIDGE STRUCTURE CO.

No. 447PA94

Case below: 116 N.C.App. 115

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 2 November 1994.

WGC PROPERTIES v. HUEY

No. 414P94

Case below: 115 N.C.App. 569

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

PETITION TO REHEAR

EMPIRE POWER CO. v. N.C. DEPT. OF E.H.N.R.

No. 570PA93

Case below: 337 N.C. 569

Petition by respondent (N.C. Dept. of Environment, Health and Natural Resources) to rehear pursuant to Rule 31 denied 2 November 1994.